**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| TYRONE HENDERSON,<br>on behalf of himself and others<br>similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>INSTANT CHECKMATE LLC,<br><br>      Defendant. | Case No. 3:12-cv-00109-REP |

**CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable judges and magistrate judges to evaluate possible disqualifications or recusal, Defendant Instant Checkmate LLC, by and through its undersigned counsel, states that its managing members are Kris Kibak and Joey Rocco, and that it has no parent, subsidiary or affiliated companies.

Dated: March 28, 2012.

Respectfully submitted,

INSTANT CHECKMATE, LLC

By Counsel

/s/ Hanna Lee Blake
Hanna Lee Blake (VSB No. 70026)
Alexander N. Lamme (VSB No. 45553)
Counsel for Instant Checkmate LLC
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
Email: hblake@wthf.com
Email: alamme@wthf.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2012, I served a true and correct copy of the foregoing via the Court's electronic filing ("CM/ECF") system and First Class U.S. Mail to:

> Leonard A. Bennett (VSB No. 37523)
> Consumer Litigation Associates, P.C.
> 763 J. Clyde Morris Blvd., Suite 1-A
> Newport News, VA 23601
> Tel: (757) 930-3660
> Fax: (757) 930-3662
> Email: Lenbennett@clalegal.com
>
> *Counsel for Tyrone Henderson*

/s/ Hanna Lee Blake
Hanna Lee Blake (VSB No. 70026)
Alexander N. Lamme (VSB No. 45553)
Counsel for Instant Checkmate LLC
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
Email: hblake@wthf.com
Email: alamme@wthf.com