UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TYRONE HENDERSON,<br>on behalf of himself and others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INSTANT CHECKMATE LLC,<br><br>Defendant. | Case No. 3:12-cv-00109-REP |

## ORDER

THIS CAUSE came before the Court on the motion of Defendant INSTANT CHECKMATE LLC to dismiss the Complaint filed against it by Plaintiff TYRONE HENDERSON, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and Local Rule 7(f);

AND IT APPEARING that the Motion to Dismiss should be granted;

IT IS ORDERED that the Complaint is hereby DISMISSED WITH PREJUDICE.


Entered this __ day of _____, 2011



_____
UNITED STATES DISTRICT JUDGE