**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TYRONE HENDERSON,**
**on behalf of himself and others**
**similarly situated,**

   **Plaintiff,**

**v.**              **Civil Action No**: 3:12cv109

**INSTANT CHECKMATE LLC,**

   **Defendant.**

**NOTICE**

COMES NOW, the Plaintiff Tyrone Henderson, on behalf of himself and similarly situated individuals, to notify the court that he shall file an Amended Complaint consistent with Fed. R. Civ. P. 15(a)(1)(B).  On this matter, the Plaintiff has conferred with counsel for the Defendant, which filed a Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on April 13, 2012.  (Docket No. 7).  Under Rule 15(a)(1)(B), the Plaintiff may amend the Complaint as a matter of course within 21 days of the filing of the Defendant's Rule 12(b)(6) motion, which he intends to do thus mooting the pending motion to dismiss.   The filing of an Amended Complaint will not prejudice Defendant's ability to file a new motion under Rule 12 as appropriate.

Respectfully Submitted,

TYRONE HENDERSON,
For himself and on behalf of all
similarly situated individuals.

_____/s/_____
Susan M. Rotkis
VSB 40693
CONSUMER LITIGATION
ASSOCIATES, P.C.
Attorney for Plaintiff
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com


Leonard A. Bennett
VSB #37523
Attorney for Plaintiff
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Phone: (757) 930-3660
Fax: (757) 930-3662
Email: lenbennett@clalegal.com


Dale W. Pittman
VSB #15673
Attorney for Plaintiff
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb Street
Petersburg, VA 23803-3212
Telephone: (804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of April, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Hanna Lee Blake**
Watt Tieder Hoffar & Fitzgerald LLP
8405 Greensboro Dr
Suite 100
McLean, VA 22102
703-749-1000
Fax: 703-893-8029
Email: hblake@wthf.com

**Aran Joseph Wong**
Coast Law Group
1140 South Coast Highway 101
Encinitas, CA 92024
(760) 942-8505
Fax: (760) 942-8515
Email: awong@coastlawgroup.com
*PRO HAC VICE*

**David Ashley Peck**
Coast Law Group
1140 South Coast Highway 101
Encinitas, CA 92024
(760) 942-8505
Fax: (760) 942-8515
Email: dpeck@coastlawgroup.com
*PRO HAC VICE*

_____/s/_____
Susan M. Rotkis
VSB 40693
CONSUMER LITIGATION
ASSOCIATES, P.C.
Attorney for Plaintiff
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
(757) 930-3660 - Telephone
(757) 930-3662 – Facsimile
E-mail:  srotkis@clalegal.com
