UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TYRONE HENDERSON,**
on behalf of himself and others
similarly situated,

      **Plaintiff,**

v.                                              **Civil Action No**: 3:12cv109

**INSTANT CHECKMATE LLC,**

      **Defendant.**

### PLAINTIFF'S AMENDED CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c) and Federal Rule Civil Procedure 73, the Plaintiff hereby voluntarily waives his right to proceed before a United States District Judge and consent to have a United States magistrate judge conduct any and all further proceedings in this case, including the trial, and order the entry of final judgment.

                TYRONE HENDERSON, on behalf of
                Himself and others similarly situated,

                _____/s/_____
                Leonard A. Bennett
                VSB #37523
                Attorney for Plaintiff
                Consumer Litigation Associates, P.C.
                763 J. Clyde Morris Blvd., Suite 1-A
                Newport News, VA 23601
                Phone: (757) 930-3660
                Fax: (757) 930-3662
                Email: lenbennett@clalegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2012, I will file the foregoing motion electronically using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

**Hanna Lee Blake**
Watt Tieder Hoffar & Fitzgerald LLP
8405 Greensboro Dr
Suite 100
McLean, VA 22102
703-749-1000
Fax: 703-893-8029
Email: hblake@wthf.com

**Aran Joseph Wong**
Coast Law Group
1140 South Coast Highway 101
Encinitas, CA 92024
(760) 942-8505
Fax: (760) 942-8515
Email: awong@coastlawgroup.com
*PRO HAC VICE*

**David Ashley Peck**
Coast Law Group
1140 South Coast Highway 101
Encinitas, CA 92024
(760) 942-8505
Fax: (760) 942-8515
Email: dpeck@coastlawgroup.com
*PRO HAC VICE*

                                                  /s/
                                        Leonard A. Bennett
                                        VSB #37523
                                        Attorney for Plaintiff
                                        Consumer Litigation Associates, P.C.
                                        763 J. Clyde Morris Blvd., Suite 1-A
                                        Newport News, VA 23601
                                        Phone: (757) 930-3660
                                        Fax: (757) 930-3662
                                        Email: lenbennett@clalegal.com