# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| TYRONE HENDERSON, on behalf of himself and others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) INSTANT CHECKMATE LLC, ) ) Defendant. ) ) | Case No. 3:12-cv-00109-REP |

## STATEMENT RESPECTING CONSENT

COMES NOW the Defendant, Instant Checkmate LLC, by and through counsel, and states that it does not consent to assignment of this case to a Magistrate Judge; neither does it waive its right to proceed before a United States District Judge.

On June 6, 2012, in accordance with this Court's Order dated June 1, 2012, counsel for Defendant advised counsel for Plaintiff that Defendant does not consent to the assignment of this case to a Magistrate Judge.

Dated: June 7, 2012.

Respectfully submitted,

INSTANT CHECKMATE, LLC

By Counsel

/s/ Hanna Lee Blake
Alexander N. Lamme (VSB No. 45553)
Hanna Lee Blake (VSB No. 70026)
Counsel for Instant Checkmate LLC
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia  22102
Tel: (703) 749-1000
Fax: (703) 893-8029

Email: alamme@wthf.com
Email: hblake@wthf.com

David A. Peck (Admitted *Pro Hac Vice*)
Aran J. Wong (Admitted Pro *Hac Vice*)
Coast Law Group
1140 South Coast Highway 101
Encinitas, CA 92024

*Counsel for Defendant*
*Instant Checkmate LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June, 2012, I served a true and correct copy of the foregoing via the Court's electronic filing ("CM/ECF") system and First Class U.S. Mail to:

>Leonard A. Bennett (VSB No. 37523)
>Consumer Litigation Associates, P.C.
>763 J. Clyde Morris Blvd., Suite 1-A
>Newport News, VA 23601
>Tel: (757) 930-3660
>Fax: (757) 930-3662
>Email: Lenbennett@clalegal.com
>
>*Counsel for Tyrone Henderson*

>/s/ Hanna Lee Blake
>Alexander N. Lamme (VSB No. 45553)
>Hanna Lee Blake (VSB No. 70026)
>Counsel for Instant Checkmate LLC
>WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
>8405 Greensboro Drive, Suite 100
>McLean, Virginia 22102
>Tel: (703) 749-1000
>Fax: (703) 893-8029
>Email: alamme@wthf.com
>Email: hblake@wthf.com
>
>David A. Peck (Admitted *Pro Hac Vice*)
>Aran J. Wong (Admitted Pro *Hac Vice*)
>Coast Law Group
>1140 South Coast Highway 101
>Encinitas, CA 92024
>
>*Counsel for Defendant*
>*Instant Checkmate LLC*