**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **TYRONE HENDERSON,** )<br>**on behalf of himself and others** )<br>**similarly situated,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**INSTANT CHECKMATE LLC,** )<br>)<br>Defendant. )<br>) | Case No. 3:12-cv-00109-REP |

## NOTICE REGARDING PRETRIAL CONFERENCE

COMES NOW the Defendant, Instant Checkmate LLC, by and through counsel, and having consulted with the chambers of the Honorable Judge Robert E. Payne, states that its local counsel, Hanna Lee Blake, Esq. will attend in person the Pretrial Conference scheduled to take place in the Judge's chambers on June 25, 2012 at 10:30 a.m. Defendant's lead counsel, David Peck, Esq. and Aran Wong, Esq. (both admitted *pro hac vice*), being located outside the jurisdiction with offices located in Encinitas, California, will participate in the Pretrial Conference telephonically.

Further, by way of communications with the Judge's chambers, it is understood by counsel for Defendant that, in addition to other pretrial matters, the Court will address at the Pretrial Conference on June 25, 2012 the scheduling of oral argument, to the extent such

argument is necessary, on Defendant's Motion to Dismiss Count I of Plaintiff Tyrone Henderson's Amended Class Complaint, which was filed on May 15, 2012.

Dated: June 13, 2012.

Respectfully submitted,

INSTANT CHECKMATE, LLC

By Counsel

/s/ Hanna Lee Blake
Alexander N. Lamme (VSB No. 45553)
Hanna Lee Blake (VSB No. 70026)
Counsel for Instant Checkmate LLC
W<small>ATT</small>, T<small>IEDER</small>, H<small>OFFAR</small> & F<small>ITZGERALD</small>, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
Email: alamme@wthf.com
Email: hblake@wthf.com

David A. Peck (Admitted *Pro Hac Vice*)
Aran J. Wong (Admitted Pro *Hac Vice*)
Coast Law Group
1140 South Coast Highway 101
Encinitas, CA 92024

*Counsel for Defendant*
*Instant Checkmate LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2012, I served a true and correct copy of the foregoing via the Court's electronic filing ("CM/ECF") system and First Class U.S. Mail to:

> Leonard A. Bennett (VSB No. 37523)
> Consumer Litigation Associates, P.C.
> 763 J. Clyde Morris Blvd., Suite 1-A
> Newport News, VA 23601
> Tel: (757) 930-3660
> Fax: (757) 930-3662
> Email: Lenbennett@clalegal.com
>
> *Counsel for Tyrone Henderson*

                             /s/ Hanna Lee Blake
                             Alexander N. Lamme (VSB No. 45553)
                             Hanna Lee Blake (VSB No. 70026)
                             Counsel for Instant Checkmate LLC
                             WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
                             8405 Greensboro Drive, Suite 100
                             McLean, Virginia 22102
                             Tel: (703) 749-1000
                             Fax: (703) 893-8029
                             Email: alamme@wthf.com
                             Email: hblake@wthf.com

                             David A. Peck (Admitted *Pro Hac Vice*)
                             Aran J. Wong (Admitted Pro *Hac Vice*)
                             Coast Law Group
                             1140 South Coast Highway 101
                             Encinitas, CA 92024

                             *Counsel for Defendant*
                             *Instant Checkmate LLC*