# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| TYRONE HENDERSON, *on behalf of himself and others similarly situated*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 3:12cv109<br>)<br>) |
| INSTANT CHECKMATE, LLC | )<br>) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please take notice that Janelle E. Mason of Consumer Litigation Associates, P.C. will hereafter serve as counsel of record for the Plaintiff, and hereby enters her appearance in this matter.

        Respectfully submitted,
        **TYRONE HENDERSON,** *on behalf of himself and others similarly situated*

        _____/s/_____
        Janelle E. Mason, VSB No. 82389
        *Counsel for the Plaintiff*
        CONSUMER LITIGATION ASSOCIATES, P.C.
        1800 Diagonal Road, Suite 600
        Alexandria, VA 22314
        Tel: 703-273-7770
        Fax: 888-892-3512
        janelle@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 1st day of August, 2012, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Aran J. Wong
David A. Peck
COAST LAW GROUP
1140 South Coast Highway 101
Encinitas, CA 92024
Tel:    760-942-8505
Fax:   760-942-8515
awong@coastlawgroup.com
dpeck@coastlawgroup.com

Hanna Lee Blake
WATT TIEDER HOFFAR & FITZGERALD LLP
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel:    703-749-1000
Fax:   703-893-8029
hblake@wthf.com

*Counsel for the Defendant*

                                                  /s/
                                 Janelle E. Mason, VSB No. 82389
                                 *Counsel for the Plaintiff*
                                 CONSUMER LITIGATION ASSOCIATES, P.C.
                                 1800 Diagonal Road, Suite 600
                                 Alexandria, VA  22314
                                 Tel:    703-273-7770
                                 Fax:   888-892-3512
                                 janelle@clalegal.com